IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NOV 17 2008

Ersaline Edwards, 8558 Pioneer Drive
Severn, Maryland, 21144

    Plaintiff

V.                                            Civil Action No. RDB 08 CV3068

ARCHIE RICH, Individually and in his official capacity as a member of the D. C. BAR ASSOCIATION and lawyer of the District of Columbia 666 11th St. N. W. Suite 1050 Washington D. C. 20001

                                                       Defendant

Before the Chief and Associate Judge in the U. S. District Court for the District of Maryland

### CIVIL COMPLAINT FOR DAMAGES

The plaintiff brings this civil action against the defendants for denial of due process and equal protection of the laws, denial of access to the courts. The plaintiff seeks a judgment against the defendants, and demands compensatory and punitive damages award form the defendant in the amount of excess of $1,000,000.00. One Million Dollars.

## (I)
## JURISDICTION

This court has exclusive jurisdiction over the subject matter pursuant 28 USC section 1341 (Diversity citizenship) 28 USC Section 1332 (Federal question). The First Amendment (Right to petition the Government for a redress of grievances). The Fifth and Fourteenth Amendment (Right to due process and equal protection of the Laws) to the Constitution of the United States._____

## (II)
## PRELIMINARY STATEMENT

1) If the Constitutional mandate of "ACCESS TO THE COURT' is designed and inscribed for the benefit of every human being subjected to our constitution? Then, the layman, and those citizens not skilled in the science of law, have no choice except to seek the help and professional lawyers, which is advocated by the courts, lawyers and the common people. However, when lawyers abuse and misuse their clients right to access to the court, the citizens and court both are let down, and most times the citizens have no alternative but hope that someone will help them get their case into the courts. So they can tell a judge their case.

2) In high school, in churches, in community gatherings, and the court itself constantly tell the citizens to get a lawyer before you go to court. On that advice the individual plaintiff acquired a lawyer to manage and perfect her civil complaint. However, her lawyer told her not to discuss the care with anyone, and not to talk with any other lawyer, Then to the plaintiff's surprise. After months had elapsed, her lawyer told the plaintiff the he would not be filing a law sue in court because she had signed a contract that the Department of Correction could not be held responsible for any injuries to her.

3) The individual plaintiff asked her lawyer to give her all the documents in her case. Although the lawyers gave her a few of the documents, he never gave her any of the documents filed to the Government of the District of Columbia for notification to sue. Nevertheless, when the plaintiff called and talked with other lawyers, they told her that her time for sue had run out.

4) Many of the citizens of the United States of America had found themselves facing a similar misfortune caused by lawyers abuse, and misuse of the laws as the individual plaintiff. However, the majority of these citizens have legitimate complaints, they have legitimate constitutional issues, and if their complaints were to get in the courts they most likely would win. Because of the effort that has to be put into cases, many lawyers find it better to trick their clients out of their rights to due process of the laws, and access to the courts.

5) When the cornerstone of the constitution is fairness and justice, it clearly insinuates to the citizen of the United States that the spirit of the Declaration of Independence's Clause that, all people are endowed by their creator with certain inalienable rights. That among these are life, liberty and the pursuit of happiness, is as necessary to the LIVING LAWS delivered form the Constitution as the Amendments to the articles of the constitution as Due Process and Equal Protection is to the constitution itself. Therefore, to have shelter, food, and income in America is almost life itself. And to most Americans, a job supplies the means of their survival. The spirit of due process and equal protection are imprisoned and those relying on it are handcuffed when their livelihood, and survival is subjected to absolutely no protection (as mandated by the Occupational Safety and Health Administration and other federal protections) on the job. Therefore, when an agency of a government have an application that must be signed to waive responsibility for any and all injuries received in training regardless of the cause, extent of injuries or whatever else.

6) Then worst, (or the plaintiff will assert that it actually amount to cruel and unusual punishment), when a lower income person who is forced to work in order to support herself and children, which includes, but not limited to paying rent, buying clothing, and food. Then an agency or department of the government knowing and having reasons to believe the only, the lower income and poor citizens will take such jobs. Whereby it supposes upon their citizens in order to survive they must sign away their life, health, and safety. This cannot be the constitutional spirit of Due Process and Equal Protection of the Laws. And if fairness and justice are to mean anything courts seem to the plaintiff should be the body to decide.

7) The instant discloses the fact that a citizen of the United States of America forced out of necessities to work for her survival. Then while in training she broke two bones in her thigh. As a result, the plaintiff was left unemployed, with expensive medical bills, and relying on family and friends for support. When her lawyer neglected and failed to file her civil complaint in the court. The plaintiff lost it all.

_____
Ersaline Edwards

## (III)
## COMPLAINT
## STATEMENT OF THE FACTS

1) On or about August 18, 2007, the individual plaintiff went to the D.C. Department of Corrections training for qualification for employment program. The plaintiff as many citizen was in desperate need of employment to support herself and children.

2) During orientation we were lectured on the task which we were supposed to perform and endure in order to obtain the employment at the D.C. Department of Corrections. The following is a general list of the physical fitness examination requirements.

   (1) Sit ups
   (2) Push ups
   (3) A mile run
   (4) Stair Climb/ Dummy Drag
   (5) Pull ups (males)
   (6) Dead hang (females)

3) During the training and orientation the individual plaintiff and other members of the training in an old D.C. General Hospital vacant building. The building was old and the humidity was high, which caused dampness and moisture through the building. Nevertheless, while the plaintiff and others were running down the stairs, the plaintiff stumbled, losing her balance. The individual plaintiff grabbed the railing in attempt to catch her balance. However, the railing was wet, and the plaintiff could not secure her balance, nor break her fall.

4) Plaintiff fell, and found herself in excruciating pain. She was unable to get up. The people who was behind her on the stairway came to her assistance, and called for help. Someone called for an ambulance.

5) The ambulance arrived and transported the plaintiff to Greater Southeast Community Hospital where after x-rays, the plaintiff learned that she had broken both bones in her leg.

6) The following day, the individual plaintiff went to Georgetown University Hospital, where she underwent an operation to repair her broken bones.

7) The plaintiff later received several hospital bills in excess of $37,000.00.

8) When the individual plaintiff was able to walk and get around, on or about February 12, 2008 she visited the Larry C. Williams for Associate Law Offices the plaintiff explained her problems and situation to Attorney Archie Rich who told the plaintiff not to discuss her case with anyone, and not to contact or talk with any other lawyer. Attorney Larry C. Williams told the plaintiff he would handle her case, but he assigned the plaintiff to Attorney Archie Rich, whom he said was his associate. The plaintiff signed a contract with Attorney Larry C. Williams.

9) Attorney Archie Rich kept the plaintiff for approximately three months, and later told her that he would seek to file a workman compensation claim. Then he later told the plaintiff that it would be better that she, herself filed the claim.

10) Attorney Archie Rich later told the plaintiff that he had obtained a waiver application from her, and that he could not do anything due to the waiver.

11) The plaintiff asks Attorney Rich to give her all the documents he had filed in her case. Attorney Rich in September provided the plaintiff with a copy of her application from the Department of Corrections, but he did not provide neither the plaintiff with the lawful notice to sue the government of the District of Columbia, nor any medical records retrieved from the plaintiff.

12) Therefore, more than six months had elapsed since the injury and change had occurred, and the District of Columbia laws provide any claim against the government is waived.

13) In October 2008 an old friend of the plaintiff told the plaintiff that the Constitution and Laws of the United States of America prohibits such behavior and action by lawyer, and that if the Attorneys denied plaintiff access to the courts, and caused her to be unjust and unfairly denied a claim against anyone who injured or caused plaintiff injuries and damages.

## CAUSE OF ACTIONS

1) The defendant did knowingly, intentionally did with malicious intent deny and or cause the individual plaintiff access to the courts. In violation of due process of the laws.

2) The defendants did knowing, intentionally, with malicious intent deny and cause the plaintiff to be denied a civil complaint against the government of the district of Columbia, in violation of due process and equal protection of the laws.

3) The defendant did knowingly, intentionally, with malicious intent cause the plaintiff to be denied just compensation for her injuries, in violation of due process and equal protection of the laws.

4) The defendants did knowingly, intentionally, with malicious intent deny to plaintiff a fair and competent lawyer and the assistance of a lawful counsel.

## PRAYER FOR RELIEF

The plaintiff have suffered irreparable injuries at the hands of the defendant, and will continue to suffer due to the acts and negligence of the defendant save the court grant her the relief regulated as followed, and held.

1) That the defendant action was unconstitutional, and did deny to the plaintiff access to the court, and professional lawyer assistance.

2) That the plaintiff be appointed a lawyer to perfect her complaint.

3) That the defendant be compelled to award the individual plaintiff compensatory and punitive damaged for her injuries and damages in the amount of $1,000,000.00. One Million Dollars.

I, Ersaline Edwards, hereby declare under penalty of perjury that the foregoing stated facts are true and correct to the best of my knowledge and belief.

Date  Nov. 17, 2008

Respectfully Submitted
Under Penalty of Perjury
Ersaline Edwards
8558 Pioneer Drive
Severn Maryland 21144