IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ersaline Edwards,

    Plaintiff,

V.                          Civil Case No. 1:09-CV-166 RMC

Archie Rich, et al ,

    Defendants.

## NOTICE OF APPEALS

Comes now the plaintiff (Ersaline Edwards) pro se, and notify this honorable court that she seek appeal from the court's final judgment in this case.

Date: January 8, 2010                      Respectfully Submitted

                                                 Ersaline Edwards
                                                 184 Ethel Drive Apt # 104
                                                 Laurel, Maryland, 20724

**RECEIVED**

JAN 1 2 2010

Clerk, U.S. District and
  Bankruptcy Courts